In the Matter of the Claim of CHARLES BERG, Respondent, against HETZLER BROTHERS et al., Appellants. STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Berg* v. *Hetzler Brothers*, 179 App. Div. 551, affirmed.
(Argued January 7, 1918; decided January 22 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Act. Claimant sustained the injuries complained of while engaged in removing snow from an ice field, using an implement, which is variously designated as a scraper, conveyor and snow plow. Appellants contended that the implement used by claimant in his work was not a " vehicle " within the meaning of the Workmen's Compensation Law.

*Neile F. Towner* for appellants.

*Merton E. Lewis,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.